IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gregory Dunbar,                          :
                    Appellant            :
                                         :
            v.                           :
                                         :
LT. Long, Former Unit Manager            :
and Replacement, Commissary,             :
SCI Huntingdon, Property                 :          No. 157 C.D. 2023


**PER CURIAM**                 **O R D E R**

NOW, May 13, 2024, having considered Appellant's application for reconsideration, the application is DENIED.